B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Heritage Land Company, LLC**                                                    ,          Case No. ____**09-14778**____
                                                                      Debtor

                                                                                          Chapter _____**11**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 314,157,640.26 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 393,895,340.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 108,066,377.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 15 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | | Total Assets | 314,157,640.26 | | |
| | | Total Liabilities | | 501,961,717.69 | |

B6B (Official Form 6B) (12/07)

In re    **Heritage Land Company, LLC**                                                        ,    Case No.    __09-14778__
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of NY Interest Reserve No xxxxxx9238, One Wall Street, New York, NY, 10286 | - | 282.36 |
| | | | Mutual of Omaha No. xxxx2151, 2510 S. Maryland Pkwy, Suite A, Las Vegas, NV 89109 | - | 100,000.00 |
| | | | Mutual of Omaha Custody Account No. xxxx3006, 2510 S. Maryland Pkwy, Suite A, Las Vegas, NV 89109 | - | 215,698.53 |
| | | | Merrill Lynch Investment No. xxx-x7087, 2300 W. Sahara Avenue, Las Vegas, NV 89102 | - | 57,148.21 |
| | | | Merrill Lynch Investment No. xxx-x7091, 2300 W. Sahara Avenue, Las Vegas, NV 89102 | - | 15,093.95 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Loan Fees - CSFB | - | 6,620,628.47 |
| | | | Legal Retainer - Gibson Dunn & Crutcher 333 South Grand Avenue, Los Angeles, CA 90071 | - | 50,000.00 |
| | | | Legal Retainer - Fabian & Clendenin  - PO Box 510210, Salt Lake City UT 84151 | - | 44,798.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |

Sub-Total >    **7,103,649.52**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Heritage Land Company, LLC** _____,   Case No. __**09-14778**_____
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See Attachment B9 for details** | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **99% membership interest in Batcave, LP** | - | **Unknown** |
| | | **99% membership interest in Chalkline, LP** | - | **Unknown** |
| | | **99% membership interest in Glynda, LP** | - | **Unknown** |
| | | **99% membership interest in Jackknife, LP** | - | **Unknown** |
| | | **99% membership interest in Overflow, LP** | - | **Unknown** |
| | | **99% membership interest in Tick, LP** | - | **Unknown** |
| | | **99% membership interest in Wallboard, LP** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Intercompany Receivable - Rhodes Arizona Properties, LLC** | - | **3,003,003.58** |
| | | **Intercompany Receivable - Rhodes Homes Arizona, LLC** | - | **58,384,070.92** |

Sub-Total >   **61,387,074.50**
(Total of this page)

Sheet __**1**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Heritage Land Company, LLC**
_____ ,    Case No. ____09-14778____
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Intercompany Receivable - Tribes Holdings, LLC | - | 4,198,517.84 |
| | | Intercompany Receivable - Pinnacle Grading, LLC | - | 13,825,757.18 |
| | | Intercompany Receivable - Batcave, LP | - | 38,217,287.82 |
| | | Intercompany Receivable - Chalkline, LP | - | 6,572,253.06 |
| | | Intercompany Receivable - Elkhorn Investments, Inc. | - | 148,398.25 |
| | | Intercompany Receivable - Elkhorn Partners, a Nevada Partnership | - | 85,312.50 |
| | | Intercompany Receivable - Glynda, LP | - | 1,319,395.04 |
| | | Intercompany Receivable - Jackknife, LP | - | 13,572,800.57 |
| | | Intercompany Receivable - Jarupa, LLC | - | 992,509.46 |
| | | Intercompany Receivable - Overflow, LP | - | 4,341,999.46 |
| | | Intercompany Receivable - Parcel 20, LLC | - | 31,077,041.87 |
| | | Intercompany Receivable - Rhodes Design and Development Corporation | - | 106,037,510.92 |
| | | Intercompany Receivable - Rhodes Realty, Inc. | - | 1,697,137.50 |
| | | Intercompany Receivable - Tuscany Acquisitions, LLC | - | 7,190,627.21 |
| | | Intercompany Receivable - Tick, LP | - | 16,331,476.04 |
| | | Intercompany Receivable - Wallboard, LP | - | 58,891.52 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    245,666,916.24
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Heritage Land Company, LLC**
_____,    Case No. _____09-14778_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re      **Heritage Land Company, LLC**                                    , Case No.      **09-14778**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **314,157,640.26** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

| POLICY TYPE | INS CARRIER | POLICY # | ADDRESS | CITY | STATE | ZIP | LIMIT | INCEPTION DATE | EXPIRATION DATE | Annual (Term) Premium at policy inception |
|---|---|---|---|---|---|---|---|---|---|---|
| Wrap Up Liability | Lloyds of London | A71635013 | Jansen & Hastings Intermediaries, LTD, One American Sq. | London | England | EC3N 2LS | $2/2/2 | 10/1/2007 | 10/1/2010 | $2,287,080.00 |
| Excess Liability-Wrap Up | Ins Co. State of PA | 5686492 | 70 Pine Street | New York | NY | 10270 | 15 XS 2 | 10/1/2007 | 10/1/2010 | $1,357,200.00 |
| Excess Liability-Wrap Up | Everest | 71R2000227071 | 477 Martinsville Road, P. O. Box 830 | Liberty Corner | NJ | 07938-0830 | 10 XS 17 | 10/1/2007 | 10/1/2010 | $323,011.00 |
| Wrap Up Liability - X-It/Tuscany | Gemini | CNGP001211 | 475 Steamboat Road | Greenwich | CT | 6830 | $2/2/2 | 1/31/2006 | 1/31/2011 | $1,678,620.00 |
| Excess Liability Wrap Up - X-it/Tuscany | Ins Co. State of PA | 42063585 | 70 Pine Street | New York | NY | 10270 | 8 XS 2 | 1/31/2006 | 1/31/2011 | $912,675.00 |
| General Liability | Colony | AR63602581 | 8720 Stony Point Parkway, Suite 300 | Richmond | VA | 23235 | $1 /2 | 10/1/2008 | 10/1/2009 | $75,515.00 |
| Property/ Contractors Equipment | Hartford | 72UUMAH4276 | Hartford Plaza | Hartford | CT | 06115 | VRS | 10/1/2008 | 10/1/2009 | $40,975.00 |
| Auto | Hartford | 72UENTR0192 | Hartford Plaza | Hartford | CT | 06115 | $1,000,000 | 10/1/2008 | 10/1/2009 | $96,055.00 |
| Excess Auto | Federal | 79840484 | Chubb Group of Insurance Companies-15 Mountain View Road | Warren | NJ | 7059 | $5 XS 1 | 10/1/2008 | 10/1/2009 | $51,600 |
| Builders Risk | Zurich American | BR451252268 | Zurich Assurance Company of American | New York | NY | 10038 | $1 / 10 | 11/1/2008 | 11/1/2009 | $57,765.00 |
| Excess Builders Risk | James River | 72885 | 66641 West Broad Street, Suite 300 | Richmond | VA | 23230 | $5 XS 10 | 11/1/2008 | 11/1/2009 | $16,832.00 |
| Package - Country Clubs | Philadelphia | PHPK360419 | One Bala Plaza, Suite 100 | Bala Cynwyd | PA | 19004 | VRS | 11/1/2008 | 11/1/2009 | $58,870 |
| Umbrella Liability - Country Clubs | Philadelphia | PHUM255030 | One Bala Plaza, Suite 100 | Bala Cynwyd | PA | 19004 | $5 XS 1 | 11/1/2008 | 11/1/2009 | $4,500 |
| NAG - Professional Liability | Evanston | EO838023 | Markel Shand Inc., Ten Parkway North | Deerfield | IL | 60015 | $1,000,000 | 11/26/2008 | 11/26/2009 | $3,579 |
| Directors & Officers Liability | RSUI Indemnity | NHP631252 | 945 E. Paces Ferry Rd., Suite 1800 | Atlanta | GA | 30326 | $5,000,000 | 11/26/2008 | 11/26/2009 | $131,250 |
| Notary E&O | Western Surety | 68361209 | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $25,000 | 4/20/2008 | 4/20/2010 | $176 |
| Notary Bond-Hawkings | Western Surety | 15073680N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 11/29/2007 | 11/29/2011 | $50 |
| Notary Bond - Harris | Western Surety | 15081094N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 11/30/2007 | 11/30/2011 | $50 |
| Notary Bond-Fuller(Walters) | Western Surety | 70037061N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 1/23/2006 | 1/23/2010 | $50 |
| Notary Bond-Graham | Western Surety | 15151546N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 5/16/2006 | 5/16/2012 | $50 |
| Notary Bond - Hall | Western Surety | 70064078N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 5/10/2006 | 5/10/2010 | $50 |
| Notary Bond-Ransom | Western Surety | 15129472N | P. O. Box 5077 | Sioux Falls | SD | 57117-5077 | $10,000 | 4/4/2006 | 4/4/2012 | $50 |

B6D (Official Form 6D) (12/07)

In re     **Heritage Land Company, LLC**                                      Case No.     **09-14778**
_____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Credit Suisse Loan Funding LLC As Agent and Various Lender Parties Eleven Madison Ave., 9th Floor New York, NY 10011** | X | - | **Secured Credit Facility** <br><br> **Credit Agreement dated as of 11/21/05 for the $430,000,000 Senior Secured Credit Facility (First Lien)** <br><br> Value $                  **Unknown** | | | | 302,000,000.00 | Unknown |
| Account No. <br><br> **Credit Suisse Loan Funding LLC Wells Fargo, N.A. as Agent and Various Lender Parties Eleven Madison Ave., 9th Floor New York, NY 10011** | X | - | **Secured Credit Facility** <br><br> **Credit Agreement dated as of 11/21/05 for the $70,000,000 Second Secured Credit Facility (Second Lien)** <br><br> Value $                  **0.00** | | | | 70,700,000.00 | 70,700,000.00 |
| Account No. <br><br> **The Credit Suisse International One Cabot Square London E14 4QJ** | X | - | **Credit Swap Agreement** <br><br> **Transaction between Credit Suisse International and Heritage Land Company, LLC with Trade Date of December 9, 2005 and CSIN External ID 53095828** <br><br> Value $                  **Unknown** | X | X | | 21,195,340.00 | Unknown |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 393,895,340.00 | 70,700,000.00 |
| Total (Report on Summary of Schedules) | 393,895,340.00 | 70,700,000.00 |

B6F (Official Form 6F) (12/07)

In re    **Heritage Land Company, LLC**                       ,    Case No.     **09-14778**       

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Intercompany Claim | | | | |
| **C & J Holdings, Inc.** **133 Rhodes Ranch Parkway** **Las Vegas, NV 89148** | | | | | | | | **264,480.18** |
| Account No. | | - | | Intercompany Claim | | | | |
| **Rhodes Ranch General Partnership** **4730 South Fort Apache** **Suite 300** **Las Vegas, NV 89147** | | | | | | | | **105,844,409.22** |
| Account No. | | - | | Non-Debtor Affiliate Claim | | | | |
| Sedora Holdings, LLC 4730 S. Fort Apache Suite 300 Las Vegas, NV 89147 | | | | | | | | 167,901.86 |
| Account No. | | - | | Intercompany Claim | | | | |
| The Rhodes Companies, LLC 4730 South Fort Apache Suite 300 Las Vegas, NV 89147 | | | | | | | | **1,789,586.43** |

   **0**    continuation sheets attached

Subtotal
(Total of this page)    **108,066,377.69**

Total
(Report on Summary of Schedules)    **108,066,377.69**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             S/N:40561-090622    Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

In re:  The Rhodes Companies, LLC, et al.,[1]                    **Case No. 09-14814**
                                                                 **(Jointly Administered)**

**Notes and Statement of Limitations and Methodology Regarding the Debtors' Amended**
**Schedules of Assets and Liabilities and Statement of Financial Affairs**

The above-captioned Debtors (the "Debtors") each submit their respective Amended Schedules
of Assets and Liabilities (the "Schedules") and Amended Statement of Financial Affairs (the
"Statement") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.  The
following notes regarding the Statement and Schedules are fully incorporated into and made part
of the Statement and Schedules.  The previously-filed *Notes and Statement of Limitations and*
*Methodology Regarding the Debtors' Schedules of Assets and Liabilities and Statement of*
*Financial Affairs* are also incorporated herein.  These notes collectively comprise an integral part
of the Statement and Schedules and should be referred to and considered in connection with any
review of the Statement and Schedules.  Unless otherwise noted, the financial and other
information contained in the Statement and Schedules is derived from the Debtors in accordance
with the Debtors' financial reporting and accounting policies and procedures.

**Notes Regarding the Debtors' Statement and Schedules**

Any changes to the schedules are shown as highlighted in yellow on the PDF of the filed version
of the Schedules.

Any changes to attachments to the schedules are shown with a blackline of the attachment.  In
the case of Schedule of Financial Affairs question no. 18 for Heritage Land Company, LLC and
The Rhodes Companies, LLC, the attachment was omitted from the original filing and is
attached to the amendment.

**Note to Schedule F  - Creditors Holding Unsecured Nonpriority Claims**

Amended Schedule F is revised to reflect invoices received through May 31, 2009 for goods or
services provided prior to the Petition Date.

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-
14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache
Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case
No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-
14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa,
LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);
Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.
09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany
Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,
LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
(Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No.
09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-
14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

1

Additionally, the Debtor has received authority from the Bankruptcy Court through various orders to make payments to certain holders of claims for amounts owed prior to the Petition Date. If those amounts have been paid pursuant to Bankruptcy Court Order through the course of the Debtor's Chapter 11 Case, the Debtor's books and records no longer show any amount owing to the vendor and, accordingly, such vendor's claim may be listed as $0.00.

DOCS_LA:201483.5

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    __Heritage Land Company, LLC__                                           Case No.    __09-14778__
                                                    Debtor(s)              Chapter     __11__


## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I, the Authorized Agent of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __9__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  __7/1/09__                          Signature  _Joseph Schramm_
                                                      Joseph Schramm
                                                      Authorized Agent

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.