# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

Heritage Land Company, LLC,

                Debtor.

Case No.: BK-S-09-14778 LBR

Chapter 11

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 3

SOUTHWEST GAS CORPORATION hereby withdraws its proof of claim, designated as Claim No. 3 in the amount of $2,173.87 filed in the above-captioned case.

Dated: 10/6, 2009

_Jaimie Shipp_
(signature)

By: JAIMIE SHIPP (print name)
Its: CUSTOMER SPECIALIST (title)

73203-002\DOCS_SF:67622.1